# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PENNSYLVANIA PROFESSIONAL : No. 4 EM 2023
LIABILITY JOINT UNDERWRITING :
ASSOCIATION :
:
:
:
v. :
:
:
:
GOVERNOR OF THE COMMONWEALTH :
OF PENNSYLVANIA, THE GENERAL :
ASSEMBLY OF THE COMMONWEALTH :
OF PENNSYLVANIA :
:
:
:
PETITION OF: UNITED STATES COURT :
OF APPEALS FOR THE THIRD CIRCUIT :
:
PENNSYLVANIA PROFESSIONAL :
LIABILITY JOINT UNDERWRITING :
ASSOCIATION :
:
:
:
v. :
:
:
:
GOVERNOR OF PENNSYLVANIA; THE :
GENERAL ASSEMBLY OF THE :
COMMONWEALTH OF PENNSYLVANIA; :
PRESIDENT PRO TEMPORE :
PENNSYLVANIA SENATE; MINORITY :
LEADER PENNSYLVANIA SENATE; :
SPEAKER PENNSYLVANIA HOUSE OF :
REPRESENTATIVES; MINORITY LEADER :
PENNSYLVANIA HOUSE OF :
REPRESENTATIVES; INSURANCE :
COMMISSIONER OF PENNSYLVANIA :
:
PETITION OF: UNITED STATES COURT :
OF APPEALS FOR THE THIRD CIRCUIT :
:
:
:

PENNSYLVANIA PROFESSIONAL
LIABILITY JOINT UNDERWRITING
ASSOCIATION

            v.

GOVERNOR OF PENNSYLVANIA;
GENERAL ASSEMBLY OF THE
COMMONWEALTH OF PENNSYLVANIA

PETITION OF: UNITED STATES COURT
OF APPEALS FOR THE THIRD CIRCUIT

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2023, the Petition for Certification of Question of State Law is GRANTED.  The Court shall consider the following issue:

> Under Pennsylvania law, is the Commonwealth's Joint Underwriting Association a public or private entity?

    The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.